UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 2:09-cr-9-WTL-CMM-2 |
| ) | |
| ANDRE MOODY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## VERDICT FOR COUNT ONE

As to the crime of conspiracy to distribute a controlled substance, in violation of Title 21, United States Code, Sections 841(a) and 846 as charged in Count 1 of the Indictment, we, the Jury, find the Defendant, Andre Moody:

_____    ✓
Not Guilty   Guilty



7/21/2010
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ANDRE MOODY, )<br>)<br>Defendant. )<br>) | Cause No. 2:09-cr-9-WTL-CMM-2 |

### ADDITIONAL QUESTION FOR COUNT 1

If you have found the Defendant **GUILTY** of Count One, above, answer the following additional question.

If you have found the Defendant **NOT GUILTY** of Count One, skip the following additional question.

Additional Question (Count One):

The total weight of the mixture or substance containing methamphetamine involved in this charge was (**CHECK ONE**):

500 grams or more                                    ✓ _____

More than 50 grams but less than 500 grams    _____

Less than or equal to 50 grams                      _____



7/21/2010
_____
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 2:09-cr-9-WTL-CMM-2 |
| ) | |
| ANDRE MOODY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### VERDICT FOR COUNT TWO

As to the crime of distributing a controlled substance, in violation of Title 21, United States Code, Sections 841(a) as charged in Count 2 of the Indictment, we, the Jury, find the Defendant, Andre Moody:

_____   ✓_____
Not Guilty   Guilty



7/21/2010
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 2:09-cr-9-WTL-CMM-2 |
| ) | |
| ANDRE MOODY, ) | |
| ) | |
| Defendant. ) | |

### ADDITIONAL QUESTION FOR COUNT TWO

If you have found the Defendant **GUILTY** of Count Two, above, answer the following additional question.

If you have found the Defendant **NOT GUILTY** of Count Two, skip the following additional question.

Additional Question (Count Two):

Did the total weight of the actual methamphetamine involved in this charge equal or exceed 5 grams?



  ✓                _____
 Yes               No





 7/21/2010
   Date